IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHASMIND MILLER,

    Defendant.

Case No. 3:05cr104 (1)

JUDGE WALTER HERBERT RICE

---

AMENDED ENTRY FINDING DEFENDANT TO BE IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW; AMENDED MINUTES, FILED SEPTEMBER 30, 2011, STRICKEN AS IN ERROR; ORIGINAL MINUTES OF PROCEEDINGS OF SEPTEMBER 27, 2011 (DOC. #47) AFFIRMED AS TRUE, CORRECT AND ACCURATE; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On September 27, 2011, the Defendant, having previously been found in violation of his supervised release which began August 18, 2009, appeared in open Court for final disposition. Pursuant to the proceedings had on the record on that date, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of six months, to be served consecutively to the 18-month sentence imposed on September 27, 2011, in Case No. 3:10cr170, with a reimposed period of

supervised release of two years and seven days, subject to all the outstanding obligations of supervised release initially imposed, which remain undischarged as of the Defendant's sentencing in the captioned cause on September 27, 2011.

This Court erred when it directed the Clerk of Court to file Amended Minutes of the proceedings of September 27, 2011. Accordingly, said Amended Minutes, filed September 30, 2011, are stricken and the initial Minutes (Doc. #47), are affirmed as accurate.

Subsequent to the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

November 10, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
United States Marshal
United States Probation Department